IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
MAY 25 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| JOSEPH PAUL MAYZONE, §<br>PETITIONER, §<br>§<br>V. §<br>§<br>BOBBY LUMPKIN, §<br>RESPONDENT. § | CIVIL NO. A-22-CV-422-LY |

## JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed as time-barred Petitioner's Petition for Writ of *Habeas Corpus*. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Petitioner Joseph Paul Mayzone's Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITH PREJUDICE** as time-barred and a certificate of appealability is **DENIED**.

**IT IS FINALLY ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this 25th day of May 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE